No. D-1123. IN RE DISBARMENT OF HOUCK. Disbarment entered. [For earlier order herein, see 504 U. S. 904.]

No. D-1124. IN RE DISBARMENT OF GLUBIN. Disbarment entered. [For earlier order herein, see 504 U. S. 904.]

No. D-1125. IN RE DISBARMENT OF SCHULZ. Disbarment entered. [For earlier order herein, see 504 U. S. 905.]

No. D-1127. IN RE DISBARMENT OF WHITNALL. Disbarment entered. [For earlier order herein, see 504 U. S. 938.]

No. D-1128. IN RE DISBARMENT OF RODRIGUEZ. Disbarment entered. [For earlier order herein, see 504 U. S. 939.]

No. D-1129. IN RE DISBARMENT OF SMITH. Disbarment entered. [For earlier order herein, see 504 U. S. 953.]

No. D-1136. IN RE DISBARMENT OF PARKER. Disbarment entered. [For earlier order herein, see 504 U. S. 970.]

No. D-1137. IN RE DISBARMENT OF CAHN. Disbarment entered. [For earlier order herein, see 504 U. S. 970.]

No. D-1140. IN RE DISBARMENT OF FITZPATRICK. Disbarment entered. [For earlier order herein, see 504 U. S. 981.] JUSTICE SOUTER took no part in the consideration or decision of this order.

No. D-1144. IN RE DISBARMENT OF DRISCOLL. It is ordered that Robert Justin Driscoll, of Denver, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1145. IN RE DISBARMENT OF VAN RYE. It is ordered that Kenneth Van Rye, of Elmwood Park, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1146. IN RE DISBARMENT OF HERZIG. It is ordered that Philip Richard Herzig, of Salina, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.